United States Dist. Court for the Dist. of Nev.

| | |
|---|---|
| Emmanuel Caballero<br>     Plaint<br>  vs.<br>Romeo Aranas, et. al.<br>     Defs. | Case # 3:19-CV-00079-MMD-CLB<br><br>Plaintiffs Exhibits in Support<br>  of F.A.C. (Dkt. 30-1) |

Your Honor I accidentally Misplaced my exhibits to F.A.C. (Dkt. 30-1) and barely know what I am doing. Please grant me leave to file exhibits to F.A.C. (Dkt. 30-1) attached here in Support of F.A.C. (Dkt. 30-1)

Respectfully Submitted,

dated this ___9___ day of July, 2020.     Emmanuel Caballero

Emmanuel Caballero
#1135573
Plaintiff Pro Se
NNCC
POBOX 7000
Carson City, Nv.
89702

Please see- "U.S. v. Sanchez, 88 F3d 1243" (9c.Cir 1995)
"Courts will go to particular pains to protect Pro Se litigants against consequences of technical errors if injustice would otherwise result."





# Nevada Department of Corrections
## Improper Grievance Memo

TO: _Caballero, Emmanuel_ 1135573

FROM: _____

DATE: _12·4·18_

RE: Improper Grievance # _2006307 2844_

The attached grievance is being returned to you for the following reason(s):

| This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following: |
|---|
| ☐ Non-grievable issue. |
|     ☐ State and federal court decision. |
|     ☐ State, federal and local laws and regulations. |
|     ☐ Parole Board decision. |
|     ☐ Lacks standing. |
| ☐ Untimely submission. |
| ☐ Abuse of Inmate Grievance Procedure. |
|     ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory. |
|     ☐ A threat of serious bodily injury to a specific individual. |
|     ☐ Specific claims or incidents previously filed by the same inmate. |
|     ☐ More than one (1) grievance per week, Monday through Sunday. |
|     ☐ More than two (2) unfounded, frivolous or vexatious grievances per month. |

**After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level.**

☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.

☑ No factual harm/loss noted **and/or** no remedy requested.

☐ Other; specify:

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_CCS Poms_    12/20/18      _[signature]_   4/4    12-20-18

Witness Signature     Date        Inmate Signature       Date

cc: Original – Inmate
     Copy - Grievance File

DOC-3098 (01/17)

P1

10

# Nevada Department of Corrections
**Improper Grievance Memo**

TO: _Caballero, Emmanuel_ # 1135573

FROM: _____

DATE: _10/17/18_

RE: Improper Grievance # _2006 307 2844_

The attached grievance is being returned to you for the following reason(s):

---

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐ Non-grievable issue.
   ☐ State and federal court decision.

   ☐ State, federal and local laws and regulations.

   ☐ Parole Board decision.

   ☐ Lacks standing.

☐ Untimely submission.

☐ Abuse of Inmate Grievance Procedure.
   ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.

   ☐ A threat of serious bodily injury to a specific individual.

   ☐ Specific claims or incidents previously filed by the same inmate.

   ☐ More than one (1) grievance per week, Monday through Sunday.

   ☐ More than two (2) unfounded, frivolous or vexatious grievances per month.

---

**After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level.**

☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.

☑ No factual harm/loss noted **and/or** no remedy requested.

☐ Other; specify:

---

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_CCS Poras_   11/2/18          _signature_   11-02-18
Witness Signature    Date          Inmate Signature    Date

cc: Original – Inmate
    Copy - Grievance File

**ENTERED**
NOV 06 2018
NNCC

DOC 3098 (01/17)

Med + Dental
missing (Jim)

Log Number 2006 307 2844

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Emmanuel Josiah Caballero     I.D. NUMBER: 1135573

INSTITUTION: NNCC     UNIT: 10A-1 M

GRIEVANT'S STATEMENT: Remedy - For the N.N.C.C. to return all Kites/Evidence, Starting with the Kite to Dental Dept. on 5-7-2016 to the Current DATE. When Grievant Signed Second Level Grievance on Sept/17/2018#2006305930S/2006304510) Grievant Was told by Case worker "that administration was not done and therefore would get a copy later." On Sept 21, 2018

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Emmanuel Caballero     DATE: 9-23-18  TIME: 11:30 PM

GRIEVANCE COORDINATOR SIGNATURE: McCain Duata     DATE: 9/24/18  TIME: 2:00 pm

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

BY: _____ RHP

RECEIVED OCT 17 2018

CASEWORKER SIGNATURE: _____  DATE: _____

____ GRIEVANCE UPHELD  ____ GRIEVANCE DENIED  ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____  DATE: 11/2/11

_____ INMATE AGREES  ⨉  INMATE DISAGREES

INMATE SIGNATURE: Caballero     DATE: 11-2-18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

ENTERED
OCT 10 2018  51
NNCC

9/24

DOC 3091 (12 / 01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Emmanuel Josiah Caballero     I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.     UNIT #: 10A - 1 M

GRIEVANCE #: _____     GRIEVANCE LEVEL: INFORMAL

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2   OF 2

→Continued - Friday September 21-2018 Grievant was furnished the Second level Grievance back, With a response stating "You Claims are insufficient and neglect unfounded." Grievant crossed out previous date (Sept-17-18) and wrote new date with initials, under (Sept.21,18) Upon going through grievance multiple copies of Kites to dental since 5-7-2016 were missing and a new date of 5-7-2018 in the "OFFICIAL RESPONSE." Grievant believes that the missing Dental Kites, that were Stapled Approx 8 times were intentially removed, by N.D.O.C., to attempt obstructing Due Processes. However in "N.D.O.C. OFFICIAL Response" I have been seen on 3/17/15, 6/30/16, 12/19/16, 4/3/17, 4/26/17, 9/20/17, 2/26/18, 3/17/18, and 3/22/18, Where are all the Kites for those dates? They were stapled to the back of my 2nd level Grievance (8times) Grievant ask for -REMEDY- Of the rest of Dental Kites to be returned in "good Faith", as this civil matter of Medical Neglect. Has not escalated to "Obstruction," in an attempt to block due process.

→ Note: Per AR740, It is prohibited to Retaliate against an inmate exercising ANY right and that includes retalitory Inmate transfers END HERE←

Original:   Attached to Grievance
Pink:   Inmate's Copy

DOC – 3097 (01/02)



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*



**ISSUE ID#**   20063059305

**ISSUE DATE:**   12/29/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| CABALLERO, EMMANUEL JOSIAH | 1135573 | RTRN_INF | CLUCAS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 01/17/2018 | | Denied | CLUCAS | A |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|
| Inmate Caballero, you have a pending appointment with a Dentist at which time you can discuss your plan of care.  All dental appointments are chargeable visits unless the dentist requests a follow-up after a procedure. |

*GRIEVANCE RESPONDER*

Log Number 2006305 9305

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Emmanuel Josiah Caballero          I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.          UNIT: 10-A   5Q

GRIEVANT'S STATEMENT: Remedy: 1. To have a root canal done on my lower back left molar. (NOT EXTRACTION) 2. To have all cavities filled with permanate filling. 3. To have a deep scaling/cleaning preformed. 4. To have no additinal charge be levied agaist my account in retaliatiin. 5. To be done imediately as this issue is over 2 years old and while in pain, I have occured further injuries/finacial loss on acts of N.P.OC. Employees and there retaliation. Issue: For

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: Emmanuel Josiah Caballero          DATE: 12-18-17 TIME: 8:PM (?)

GRIEVANCE COORDINATOR SIGNATURE: D. Clark          DATE: 12/18/17 TIME: 12:40pm

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: CCS J. Buchanan   DATE: 2/13/18

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: R. Wan   DATE: 2/3/11

____ INMATE AGREES   ✕ INMATE DISAGREES

INMATE SIGNATURE: Emmanuel Caballero   DATE: 2-15-18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

BY: ___

RECEIVED JAN 09 2018

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

ENTERED
DEC 29 2017
NNCC

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Emmanuel Josiah Caballero    I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.    UNIT #: 10-A   5Q

GRIEVANCE #: _____    GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2   OF 2

appoximetly 2 years I have been in chronic pain because of a filling fell out of my lower back left molar, because of cavities, becase of the lack of a deep scaling/cleaning. My lower back left molar is now going to need a root canal because of the neglect on behalf of R.M.F. Dental dept and it could have been done by a simple filling 2 years ago. I have four other cavities that could have been simple filling and now because of Neglect have gotton to the point of me needing thousands of dollars in dental work. I have (in retaliation) been very cordial, despite being in extreme pain, charges being levied against my account, my medical needs being neglected to the point of getting worse and going to cost thousands of dollars in futer dental work, I have already tried to address this issue per medical directive 408. I have occured further injury/pain on behalf of acts of retaliation and omission on behalf of N.D.O.C./R.M.F. Dental Deparment/Staff. I summited Kites/Grivencences since 5-7-17 to address this issue and still having pain chewing and eating.

Please Refer to: AR-740

Original:    Attached to Grievance
Pink:    Inmate's Copy



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20063059305

**ISSUE DATE:**   12/29/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| CABALLERO, EMMANUEL JOSIAH | 1135573 | RTRN_L1 | DRICHARD |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 04/09/2018 | 4 | Denied | DRICHARD | A |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

IM Caballero, you state that you have been kiting Dental since 5/7/2018. You claim you were neglected and any care received was insufficient. You have been seen and received treatment by Dental on: 3/17/15, 6/30/16, 12/19/16, 4/3/17, 4/26/17, 9/20/17, 2/26/18, 3/7/18, and 3/22/18. You no showed for scheduled dental appointments on 1/4/17, 1/19/17, 4/12/17. You also refused the Dentist?s recommended treatment on 4/26/17 and 9/20/17.Your claims of insufficiency and neglect are unfounded.

*GRIEVANCE RESPONDER* _____ *using* DONS1

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: Emmanuel Josiah Caballera                I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.                UNIT: 10A - 1X

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20063059305 , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Emmanuel Josiah Caballera          DATE: 2-13-18

WHY DISAGREE: This Grievance addresses the issue of insufficient dental care administered at N.N.C.C. There was no filling preformed on my lower left back molar and my front tooth, in fact there was not any dental work preformed since I started Kiting in 5-7-16. Here I am two years later, with sensitive areas of my teeth exposed to further decay that has resulted in additional pain. The time of need came in the beging of 2015, after

GRIEVANCE COORDINATOR SIGNATURE: C. Cerda          DATE: 2/13/18

FIRST LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD_____ GRIEVANCE DENIED_____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE:_____TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: R Walsa          DATE: 4/19/18

_____ INMATE AGREES  X  INMATE DISAGREES

INMATE SIGNATURE: Caballero          DATE: 6-7-18

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.



5-7-18

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
MAR 28 2018
BY: at

DOC 3093 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Emmanuel Josiah Caballero          I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.          UNIT #: 10A — 1X

GRIEVANCE #: 20063059305          GRIEVANCE LEVEL: First

GRIEVANT'S STATEMENT CONTINUATION:     PG. 2     OF 2

Kiting being ignored in Feburary of 2016, I proceded to keep sending kites until 5-17-18
I filed an informal Grievance and still was denied care. The first time of filling dental
kites, there were additional teeth in need of care that were neglected due to
deliberate indifference of the staffing in the N.N.C.C. Dental Staff.
The responses do not attent to address the issues rased and therefore
are rejected by Grievant.

Remedy as stated at Informal Level

Original:     Attached to Grievance
Pink:         Inmate's Copy

# State of Nevada
# Department of Corrections

### INMATE GRIEVANCE REPORT

**ISSUE ID#**   20063059305

**ISSUE DATE:**   12/29/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| CABALLERO, EMMANUEL JOSIAH | 1135573 | RTRN_L2 | MNAUGHTON |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 08/14/2018 | | Resolved | VAUSTIN | INACTIVE |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

Mr. Caballero,
Upon review of your Second Level Grievance and prior Informal and First Level responses your Grievance is resolved. As indicated prior you were seen by dental on multiple occasions and at one point even refused treatment. It is your right to refuse treatment but by doing so you then have no ground to complain that you are being refused treatment. NDOC Dentist do all they can to save teeth and educate inmate on proper oral hygiene however, sometimes extraction is the only resolution.

_____
*GRIEVANCE RESPONDER*

I disagree EC   Caballero   Sept/21/2018

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   AUG-14-18 03:56 PM

LOG NUMBER: 20063059305

# NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

Page 1 of 3

NAME: Emmanuel Josiah Caballero     I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.     UNIT: 10 A - 1 M

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20063059305/2006304 5109 ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Emmanuel Caballero     DATE: 59-18

WHY DISAGREE: There are numerous errors that need to be addressed before moving forward: Grievant has been corresponding with NNCC Dental since May 07, 2016. Second, NNCC Unit Officers are notorious for not posting the Daily's, and/or refusing to inform inmates when medical calls for them. (An administrative issue). Therefore, missed appointments

GRIEVANCE COORDINATOR SIGNATURE: D. Clark     DATE: 5-9-1 5/11/18

SECOND LEVEL RESPONSE: _____

_____

_____

_____

✓ Resolved

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____ TITLE: Acting Med D     DATE: 8/15/18

GRIEVANCE COORDINATOR SIGNATURE: R. Waba     DATE: 8/31/18

INMATE SIGNATURE: E. Caballero     DATE: ~~Sept 17 18~~ Sept-21-18 ec

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

Original:     To inmate when complete, or attached to formal grievance
Canary:       To Grievance Coordinator
Pink:         Inmate's receipt when formal grievance filed
Gold:         Inmate's initial receipt

Forwarding to AA/medical should be assigned. 8/15/18

ENTERED
MAY 16 2018
NNCC
DOC 3094 (12/01)

44

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Emmanuel Josiah Ceballero        I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.        UNIT #: 10A - 1M

GRIEVANCE #: 20063059305        GRIEVANCE LEVEL: Second

GRIEVANT'S STATEMENT CONTINUATION:        PG. 2 OF 3

should not be charged personally nor to grievants inmate account.

As for the purpose of this grievance and the disagreement with a First Level response that reflects a callous indifference to Dentals default treatment of inmate oral pain through the infliction of additional pain by means of the archaic pre-civil war mutilative philosophy of, "If it hurts yank it out or cut it off!"

Therefore, the response is inappropriate and boardering the inhumane where it lacks empathy for an individual choosing to keep the only set of teeth he'll ever have, and the daily pain he's had to endure as a result of Dentals policy to Look you in the mouth with their hand on the Drill and tell you "We'll have to reschedule you later. Don't forget to kite for an appointment." Knowing full well you have additional work to be done

Original:        Attached to Grievance
Pink:        Inmate's Copy

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Emmanuel Josiah Caballero   I.D. NUMBER: 1135573

INSTITUTION: N.N.C.C.   UNIT #: 10A - 1M

GRIEVANCE #: 20063059305   GRIEVANCE LEVEL: SECOND

GRIEVANT'S STATEMENT CONTINUATION:   PG. 3   OF 3

and the pain you are currently in.

— Remedy —

Fix the problem, medically and administratively.
I do not choose to lose this or any other tooth
that doesn't pose a life threatening danger.
See, United States v. DeColagero, 821 F.2d 39, 43 (1987) "Adequate
services are services at a level reasonably commensurate with
modern medical science and of a quality acceptable within
prudent professional standards."; and, Jones v. Johnson, 781
F.2d 769, 771-72 (1986) where the Ninth Circuit held that,
"denial of treatment due solely to budget constraints
evidences deliberate indifference.

Note: Per AR740 It is prohibited to retaliate against an
inmate exercising **ANY** right.

Original:   Attached to Grievance
Pink:   Inmate's Copy

EXHIBIT B

P1

AFFIA Davit of (Dental visit on 4-11-19)                    4-11-19

After being seen on 12-13-18, My filling fell out 2 days later. I have sent numerous Kites to dental and today 4-11-19, I was on the dental list for 10:30am. I was early and sat until 12 noon. When I stepped in to be seen Jenny Vargus took X-Ray of my two molars and my two front teeth. Vargus asked me what I needed to be seen for. My reply was the (1st) fillings in my front tooth and rear molar had both fell out, (2nd) I have not had my teeth cleaned in years and now have "gingervitis", (3rd) I'm in pain and my rear molar is severely infected. Dr. Benson introduced himself in a professional matter and asked Vargus what are we doing for him today? Imediatley Vargus said he needs his tooth pulled and I interjected at the point she said "he refuses to have it pulled and won't take antibiotics". I said "Dr. Benson I needed my rear molar filled four years ago and instead of preforming a filling the previous dentist refused to see me." When my tooth was beyond repair I filed grievances and when he did do my dental work" he damaged both my front and rear teeth". Vargus continued to interject "until I said "Jenny I did not come to argue" now please let Dr. Benson speak. Dr. Benson sighed and in a proffessional voice stated "Caballero" we need to extract your tooth, because its making you sick and its now very infeted." Then he exstacted my tooth in a proffessional manner. When he was done, he gave me antibiotics, I Bprofane. I showed Dr. Benson the 1 inch toothbrush NNDOC. provides and asked for a regular long handle toothbrush and he said "no problem". But again Vargus interupted and said "You can't have a toothbrush until I'm provided with a Drs Order." Dr. Benson said "give it to him" and Vargus replied "it has to come from your primary care Dr." At that time the other receptionist

Affadavit of Dental visit on 4-11-19

made a snyde commet about "Maybe we need the lawyers here" Dr. Benson apologized and stated "I knew there was a catch." Overall: My visit went well compared to most, But I am disapointed that I'm now missing teeth and will have to pay thousands of dollars in damage repair, due to refusel of dental care and damage done by past Dentist. Dr. Benson seemed like a proffessional dentist, that stepped into a huge mess left behind by unprofessional people. I wanted to file an "injuction" but have no ideal how and felt helpless.

Sworn under the penalty of perjury

Emmanuel Josiah Caballero  4-11-19

Sworn Affidavit written by Emmanuel Josiah Caballero September 24, 2018

After recieving my second level grievance back from case worker perry, (Denial for dental work) I noticed that there was nummerous "Medical Kites missing from the back (addressed to dental/dating back to Febuary 2016) of my grievance" I decided to grieve the missing Medical/dental Kites and submitted an "Informal Grievance" over the matter, I futher Kited Medical asking to review my medical File for the purpose of retrieving the missing dental/Medical Kites.

Emmanuel Josiah Caballero 9-24-18

Sworn AFFidavit Written   10-4-18

At 8:30am I was given 45mins to review my medical records (Except Mental Health). I was told, I would have to pay .60 Cents a page for any copies and that I could not have them, only could send them out. (I thought the price of copies was unreasonable, because copies are normally only ten cents a page in the law libarary) Upon looking trough my records I noticed that all of my Kites to dental were missing, except for 3 to dental. (May 7, 2016 / October 12, 2016 / Febuary 15, 2017) In fact I noticed there was much more missing out of my medical File. I was to by the nurse standing/watching me the entire time that I was not supposed to be alowed to take notes. I futher saw that my Fist/Initial Classification Dated 3-17-15, Stated "Needs Futher Dental work". I submitted a 9X12 envelope with my Wifes name/ address, along with a brass slip For postage and one for 45 copies to Records, but dought my wife will ever recieve the copies.

Emmanuel Josiah Caballero

Emmanuel Josiah Caballero 10-4-18

Page 1 of 2

**nncclawlibrary - Activity in Case 3:19-cv-00079-MMD-CLB Caballero v. Aranas et al Answer to Complaint**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 4/30/2020 4:25 PM |
| **Subject:** | Activity in Case 3:19-cv-00079-MMD-CLB Caballero v. Aranas et al Answer to Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered by Dunkley, Peter on 4/30/2020 at 4:23 PM PDT and filed on 4/30/2020

| | |
|---|---|
| **Case Name:** | Caballero v. Aranas et al |
| **Case Number:** | 3:19-cv-00079-MMD-CLB |
| **Filer:** | Melissa |
| **Document Number:** | 14 |

**Docket Text:**
**ANSWER to [4] Complaint with Jury Demand** *Defendant's Answer* **filed by Melissa. Discovery Plan/Scheduling Order due by 5/30/2020.(Dunkley, Peter)**

**NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must** <u>immediately</u> **file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court.**

**3:19-cv-00079-MMD-CLB Notice has been electronically mailed to:**

Northern Nevada Correctional Center     nncclawlibrary@doc.nv.gov

Peter E Dunkley     pdunkley@ag.nv.gov, ccollins@ag.nv.gov, cfondi@ag.nv.gov

**3:19-cv-00079-MMD-CLB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=4/30/2020] [FileNumber=9733274-0
] [ab2c057f98c279994ab6c88d5301da62a51646377c7f89741664a3071845ef8948b
f317114a0db324760c711f43ff8a4fcf2557648628fa66a541f41d1adba69]]

1  AARON D. FORD
     Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1259
   E-mail: pdunkley@ag.nv.gov
6
   *Attorneys for Defendant*
7  *Melissa Mitchell*

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  EMMANUEL CABALLERO,                    Case No.  3:19-cv-00079-MMD-CLB

11                   Plaintiff,

12  v.                                      **DEFENDANT'S ANSWER**

13  ROMEO ARANAS, *et al.*,                 **JURY TRIAL DEMANDED**

14                   Defendants.

15

16         Defendant, Melissa Mitchell, by and through counsel, Aaron D. Ford, Attorney General of the

17  State of Nevada, and Peter E. Dunkley, Deputy Attorney General, hereby answer as follows:

18  **A.    JURISDICTION**

19         1.     Defendant admits Plaintiff is presently incarcerated within the Nevada Department of

20  Corrections (NDOC), at Northern Nevada Correctional Center (NNCC) located in Carson City, Nevada.

21         2.     No response is required because Romeo Aranas was dismissed upon screening (ECF No.

22  3, p. 9:3-4).

23         3.     No response is required because M Naughton was dismissed upon screening (ECF No. 3,

24  p. 9:3-4).

25         4.     Defendant admits Dr. Gene Yup, who is now deceased, was an employee of NDOC.

26  Defendant denies the remainder of the allegations in this paragraph.

27         5.     No response is required because Brian Sandoval was dismissed upon screening (ECF

28  No. 3, p. 9:3-4).

                                                    1

1          6.      No response is required because James Dzurenda was dismissed upon screening (ECF

2     No. 3, p. 9:3-4).

3          7.      No response is required because Isidro Baca was dismissed upon screening (ECF No. 3,

4     p. 9:3-4).

5          8.      Defendant admits she is a Nurse for NDOC at NNCC. Defendant denies the remainder

6     of the allegations in this paragraph.

7          9.      No response required.

8          10.     No response required.

9          11.     This paragraph states a legal conclusion to which no response is required.

10    **B.     NATURE OF THE CASE**

11         1.      Defendant admits this is a case related to dental treatment and denies all remaining

12    allegations.

13    **C.     CAUSES OF ACTION**

14         **COUNT I—Deliberate Indifference—Denied**

15         **Supporting Facts**

16         1.      Defendant admits Plaintiff has a history of dental treatment. Defendant denies all

17    remaining allegations.

18         2.      This paragraph is unclear, thus Defendant is without knowledge or information sufficient

19    to form a belief and therefore denies all allegations.

20         3.      Defendant is without knowledge or information sufficient to form a belief and therefore

21    denies all allegations.

22         4.      Defendant is without knowledge or information sufficient to form a belief and therefore

23    denies all allegations.

24         5.      Defendant admits there is an Administrative Regulation (AR) 639 which relates to dental

25    work and which speaks for itself.  Defendant denies all remaining allegations.

26         6.      Defendant denies.

27         7.      Defendant denies.

28         8.      Defendant denies.

2

**COUNT II—Dismissed on Screening**

Paragraphs 1 through 13—Count II was dismissed on screening, no response is required.  To the extent a response is required, Defendant denies all paragraphs.

**D.     PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1.     Defendant is without knowledge or information sufficient to form a belief and therefore denies.

2.     Defendant is without knowledge or information sufficient to form a belief and therefore denies.

3.     Defendant is without knowledge or information sufficient to form a belief and therefore denies.

**E.     REQUEST FOR RELIEF**

1.     Defendant denies Plaintiff is entitled any of the relief sought in paragraphs 1-5 in this section of the Complaint (ECF No. 4, p. 12).

**F.     AFFIRMATIVE DEFENSES**

Defendants also assert the following Affirmative Defenses:

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant are not personally involved in the cause in fact and/or the proximate cause of the alleged constitutional deprivations.

**THIRD AFFIRMATIVE DEFENSE**

This action is time-barred by applicable statutes of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant, at all relevant times, acted in good faith toward Plaintiff. Therefore, Defendant is entitled to qualified good faith immunity from damages.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant is entitled to qualified and absolute immunity.

/ / /

3

1    **SIXTH AFFIRMATIVE DEFENSE**

2    At all relevant times herein, Defendant acted in accordance with applicable law and prison

3    procedures that are constitutionally required.

4    **SEVENTH AFFIRMATIVE DEFENSE**

5    Plaintiff failed to state a cognizable constitutional claim under 42 U.S.C. § 1983 and the Nevada

6    Constitution, Article 6, subsection 6, and NRS 41.031.

7    **EIGHTH AFFIRMATIVE DEFENSE**

8    Plaintiff failed to mitigate damages, if any, and therefore, is barred from seeking any damages

9    hereunder.

10   **NINTH AFFIRMATIVE DEFENSE**

11   Plaintiff was himself negligent in his conduct and such negligence is the sole, primary and

12   superseding cause of any damages sustained by him, if any.

13   **TENTH AFFIRMATIVE DEFENSE**

14   To the extent Plaintiff seeks punitive damages, they are barred by law.

15   **ELEVENTH AFFIRMATIVE DEFENSE**

16   Defendant is immune from liability because the acts complained of were discretionary in nature

17   or were performed while carrying out a statute or regulation.

18   **TWELFTH AFFIRMATIVE DEFENSE**

19   At all-time relevant, Defendant holds a good faith belief that Defendant was acting reasonably

20   and that his/her/their actions were privileged and legally justified.

21   **THIRTEENTH AFFIRMATIVE DEFENSE**

22   Plaintiff failed to exhaust administrative remedies as required by the Prison Litigation Reform

23   Act.

24   **FOURTEENTH AFFIRMATIVE DEFENSE**

25   Plaintiff's conduct constitutes a waiver of any alleged wrongful conduct undertaken by the

26   answering Defendants, i.e., Plaintiff denied treatment.

27   **FIFTEENTH AFFIRMATIVE DEFENSE**

28   Plaintiff's conduct ratified any alleged wrongful conduct by the answering Defendant.

4

1   **SIXTEENTH AFFIRMATIVE DEFENSE**

2   Defendants are immune from liability as a matter of law.

3   **SEVENTEENTH AFFIRMATIVE DEFENSE**

4   Defendant reserves the right to amend this answer to allege additional affirmative defenses if

5   subsequent discovery so warrants.

6   **EIGHTEENTH AFFIRMATIVE DEFENSE**

7   The negligence of Plaintiff caused or contributed to any injuries or damages which Plaintiff may

8   have sustained, and the negligence of the Defendants, if any, requires that the damages of Plaintiff be

9   denied or diminished in proportion to the amount of negligence attributable to Plaintiff.

10   **NINETEENTH AFFIRMATIVE DEFENSE**

11   Defendant cannot be sued for monetary damages while acting in his/her/their official capacity in

12   a civil rights action.

13   **TWENTIETH AFFIRMATIVE DEFENSE**

14   Plaintiff is estopped from pursuing any claim against Defendant in accordance with equitable

15   principles of jurisprudence.

16   **TWENTY FIRST AFFIRMATIVE DEFENSE**

17   The doctrines of res judicata and/or collateral estoppel bar Plaintiff from asserting the matters

18   set forth in his Complaint and also acts as a bar to any relief sought by Plaintiff.

19   WHEREFORE, Defendant prays for relief as follows:

20   1.   That Plaintiff take nothing by virtue of his Complaint.

21   2.   For attorney fees and costs of suit herein.

22   3.   A jury trial is demanded.

23   DATED this 30th day of April, 2020.

24   AARON D. FORD
    Attorney General

25   By: _____

26   PETER E. DUNKLEY, Bar No. 11110
    Deputy Attorney General

27

28   *Attorneys for Defendant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 30th day of April, 2020, I caused to be served, a true and correct copy of the foregoing, **DEFENDANT'S ANSWER**, by U.S. District Court CM/ECF Electronic Filing on:

Emmanuel Caballero #1135573
c/o Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrarian@doc.nv.gov

_Caitie Collins_
An employee of the
Office of the Attorney General

6



EXHIBIT C

*15

C/C – File

PRINT NAME: Emmanuel Caballero                    ID# 1135573
(Also print name and ID# at bottom of form where indicated)

Institution: N.N.C.C.      Date submitted: 2/15/17      Unit/House: 5A-17B

Medical: ☐    Dental: ☒    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

I have "multple cavities" that I have been "Kiting" to get
filled for over a year. I feel my cavities are getting
worse and my teeth hurt. I have over 6 to 15 years left,
so please take care of my dental work.
                              Thank you

---

**DO NOT WRITE IN AREA BELOW**

Response to request:

---

☐ Appointment Schedule for: ___/___/___      Rescheduled for: ___/___/___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen.  DOC 2523-Release of Liability signed

---

**PRESCRIPTIONS**

☐ KOP          ☐ NON-KOP
☐ Order Date: ___/___/___

---

**PLAN**

☐ Follow-up appointment ___/___/___          ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider _____      ___/___/___
                                                  Date

---

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or
SERVICE REPORT**

NAME: Caballero    Emmanuel    J
        Last          First      MI

SIGNATURE: Emmanuel D Caballero

ID#: 1135573

DOC 2500 (03/15)

*Dental*

**PRINT NAME:** Emmanuel Josiah Caballero          **ID#:** 1135573

(Also print name and ID# at bottom of form where indicated)          **DOB:** 2/29/84

**Institution:** N.N.C.C.     **Date submitted:** 11/16/17     **Signature:** E. Caballero

Medical: ☐     Dental: ☒     Mental Health: ☐     Nursing: ☐     Other: _____

Reason for request: (Describe below)

So I know you are very busy, with a ton of people on your workload. I was just wondering when we were going to be able to fill these four cavitys and if you maybe forgot about me? I check the list everyday and am affraid of the dentist." Thank You

---

### DO NOT WRITE IN AREA BELOW

Response to request:

> You are on the NNCC dental list. Appointments are scheduled according to the date on the first kite received. Once your turn comes up you will be scheduled. No further kites are necessary.

11/20/17

☐ Appointment Schedule for: ___/___/___          Rescheduled for: ___/___/___

☐ No visit necessary

☐ No Show for Appointment          NOV 2 0 2017

☐ Refused to be seen. DOC 2523-Release of Liability signed          BY: _____

### PRESCRIPTIONS

☐ KOP     ☐ NON-KOP

☐ Order Date: ___/___/___

### PLAN

☐ Follow-up appointment ___/___/___          ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider _____          Date ___/___/___

---

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or SERVICE REPORT**

NAME: Caballero  Emmanuel  J
            Last     First    MI

ID#: 1135573

Unit/Cell#: 10A-5Q

DOC 2500 (09/17)

Dental

**SIGNATURE:** *Emmanuel Josiah Caballero*     **ID#** *1135573*

(Also print name and ID# at bottom of form where indicated)

Institution: *N.N.C.C.*     Date submitted: *4/27/2018*     Unit/House: *10-A-1X*

Medical: ☐     Dental: ☒     Mental Health: ☐     Nursing: ☐     Other: _____

Reason for request: (Describe below)

I believe I have an absess along the gum line where the last dental work was done. I am experiencing nausea, vomiting, soreness local to the gum line, and fever.

---

### DO NOT WRITE IN AREA BELOW

Response to request:

You have been placed on the
**Urgent Care** dental list.

Thank you, NNCC / Dental Dept.

_____ DATE _____

☐ Appointment Schedule for:     __/__/__     Rescheduled for: __/__/__
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed     APR 30 2018

**PRESCRIPTIONS**

☐ KOP     ☐ NON-KOP
☐ Order Date:     __/__/__

**PLAN**

☐ Follow-up appointment     __/__/__     ☐ Return if needed
☐ No follow-up required

_____     __/__/__
Signature/Title of Provider          Date

---

NEVADA DEPARTMENT OF CORRECTIONS

## MEDICAL KITE and/or
## SERVICE REPORT

NAME: *Caballero    Emmanuel    J*
           Last          First       MI

ID# *1135573*

cc: file

DOC 2500 (09/11)

⚛ Dental

PRINT NAME: Emmanuel Josiah Caballero          ID# 1135573
(Also print name and ID# at bottom of form where indicated)

Institution: N.N.C.C.          Date submitted: 9/27/18          Unit/House: 10A-1M

Medical: ☐     Dental: ☒     Mental Health: ☐     Nursing: ☐     Other: _____

Reason for request: (Describe below)

I asked your department again 3 months ago (on Kiosk, Nowbroken) to see me for cavities, gum disease, deep scaling/cleaning, and of course the root canal. Your response was the same "You don't do root canals and I'm on the list for cleaning, check dental list" Well I have four cavities on my front top teeth that the dentist (Asian Guy w/scepter) supposedly fixed but he never did, he just butchered them. I understand after 3 years, I'm still in pain. 3My right to due process will be blocked. I'm not going to recieve proper medical. Please atleast fix my cavities and my pain.

### DO NOT WRITE IN AREA BELOW

Response to request:

I understand. But since It's only me and Dr. We have been cleaning up. You are on the list. Just be patient and I'll get you in.

RECEIVED OCT 02 RECO

☐ Appointment Schedule for: ___/___/___     Rescheduled for: ___/___/___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP     ☐ NON-KOP
☐ Order Date: ___/___/___

### PLAN

☐ Follow-up appointment ___/___/___     ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider _____     Date ___/___/___

NEVADA DEPARTMENT OF CORRECTIONS

## MEDICAL KITE and/or
## SERVICE REPORT

NAME: Caballero   Emmanuel   J
      Last          First       MI

SIGNATURE: Emmanuel Caballero

ID#: 1135573

DOC 2500 (03/15)

SIGNATURE: _Emmanuel Josiah Caballero_   ID# _1135573_
(Also print name and ID# at bottom of form where indicated)

Institution: _N.N.C.C._   Date submitted: _10/17/18_   Unit/House: _10A-1M_
At 930AM appointment

Medical: ☐   Dental: ☒   Mental Health: ☐   Nursing: ☐   Other: _____

Reason for request: (Describe below) "My Dental Problems" Plan?

Dr. Peterson (First) my #4 Front/Top teeth have cavities facing my pallatte. (Second) My bottom Molars cavi (Third) My gums. (Fourth) My left side/bottom rear molar (needs a root canal) (Fifth) My teeth have been hurting for a long, long, time. (Sixth) My teeth are in dire/despericate need of a deep scaling/cleaning. I am aware that your equipment is limited and you are the prominete Dentist, I just wanted to give you another list of the problems I've be waiting to get fixed since 2015. Please do what you can with the equipment you do have. Thank You

---

## DO NOT WRITE IN AREA BELOW

Response to request:








☐ Appointment Schedule for: ___/___/___   Rescheduled for: ___/___/___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen.  DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP
☐ Order Date: ___/___/___

### PLAN

☐ Follow-up appointment ___/___/___   ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider _____   Date ___/___/___

---

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or**
**SERVICE REPORT**

NAME: _Caballero_  _Emmanuel_  _Josiah_
Last    First    MI

ID# _1135573_

DOC 2500 (09/11)
c/c File

SIGNATURE: *Emmanuel Caballero*    ID# 1135573
(Also print name and ID# at bottom of form where indicated)

Institution: N.N.C.C.    Date submitted: 11 / 25 / 2018    Unit/House: 10A -40

Medical: [ ]    Dental: [X]    Mental Health: [ ]    Nursing: [ ]    Other: _____

Reason for request: (Describe below)

✱ Remedy- Schedule me a priority appointment, to fill the Premolar filling that fell out today and has me in excruciating pain. Problem has resulted because of dental dept. neglect, to fill the filling that fell out of the molar (next to premolar) and resulted in dentine decay, the crown chipping leading to exposed pulp cavity/nerve and blood supply. Because of the molar leaving my premolar in a more vulnerably position, my Premolar filling has now fell out. I do not want the exact same thing to happen to this tooth due to dental dept neglect. Please fix promptly, to prevent further damage, due to "Prolonged Negligence".

DO NOT WRITE IN AREA BELOW

Response to request:

You are on the NNCC Dental List. Appointments are scheduled according to the date on the first kite received. No further kites are necessary. Your patience is greatly appreciated.

12-10-18

NOV 27 2018

[ ] Appointment Schedule for: ___ / ___ / ___    Rescheduled for: ___ / ___ / ___
[ ] No visit necessary
[ ] No Show for Appointment
[ ] Refused to be seen.  DOC 2523-Release of Liability signed

PRESCRIPTIONS

[ ] KOP    [ ] NON-KOP
[ ] Order Date: ___ / ___ / ___

PLAN

[ ] Follow-up appointment ___ / ___ / ___    [ ] Return if needed
[ ] No follow-up required

Signature/Title of Provider _____    Date _____

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or
SERVICE REPORT**

NAME: Caballero   Emmanuel   J
Last    First    MI

ID# 1135573

DOC 2500 (09/11)

SIGNATURE: *E. Caballero*                         ID# 1135573
(Also print name and ID# at bottom of form where indicated)

Institution: N.N.C.C.         Date submitted: 12 / 04 / 2018      Unit/House: 10A-4-0

Medical: ☐    Dental: ☐    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

Question: Is the reason my dental need have been rejected the result of the Departments policy towards inmates receiving root canals, fillings and crowns an otherwise preferred treatment superior to extraction; or is the Department denying such treatment because they have hired personel untrained or unqualified to execute said procedures?

### DO NOT WRITE IN AREA BELOW

Response to request:

☐ Appointment Schedule for: ___ / ___ / ___    Rescheduled for: ___ / ___ / ___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen.  DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP      ☐ NON-KOP
☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___    ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider _____    Date ___ / ___ / ___

NEVADA DEPARTMENT OF CORRECTIONS

## MEDICAL KITE and/or
## SERVICE REPORT

NAME: Caballero  Emmanuel  J.
         Last         First      MI
ID# 1135573

DOC 2500 (09/11)

cc: File

Dental

| | |
|---|---|
| SIGNATURE: *Emmanuel Caballero* | ID# 1135573 |

(Also print name and ID# at bottom of form where indicated)

Institution: *N.N.C.C.*    Date submitted: 1 / 13 / 19    Unit/House: 10A - 40

Medical: ☐    Dental: ☒    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

On 1-10-19 you put a filling in tooth #20 and today it fell out. Could you please refill #20 ASAP?

Thank You

## DO NOT WRITE IN AREA BELOW

Response to request:

> You are on the NNCC Dental List. Appointments are scheduled according to the date on the first kite received. No further kites are necessary. Your patience is greatly appreciated.

JAN 1 5 2019

☐ Appointment Schedule for: ___/___/___    Rescheduled for: ___/___/___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP

☐ Order Date: ___/___/___

### PLAN

☐ Follow-up appointment ___/___/___    ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider _____    Date ___/___/___

NEVADA DEPARTMENT OF CORRECTIONS

## MEDICAL KITE and/or
## SERVICE REPORT

NAME: *Caballero Emmanuel J*
Last    First    MI

ID# 1135573

DOC 2500 (09/11)

SIGNATURE: _Emmanuel Caballero_
(Also print name and ID# at bottom of form where indicated)

ID# _1135573_

Institution: _N.N.C.C._          Date submitted: _3/22/19_          Unit/House: _10A—40_

Medical: [ ]     Dental: [X]     Mental Health: [ ]     Nursing: [ ]     Other: _____

Reason for request: (Describe below)

Have severe nerve pain in my mouth and multiple dental problems. I was last seen months ago and you put a filling back in that fell out, that filling fell out the next day. I put a kite in and you said I was on the list, but I've checked the list everyday and not been on it once. I know the nurse supervisor said "my care was done" in dental, but I seriously need more work and I'm subjected to permanet damage if the don't get fixed. My front filling fell out to and I'm affaid that even more permanet damage may happen if my medical is futher denied.

DO NOT WRITE IN AREA BELOW

Response to request:

You are on the list. Your patience is appreciated.
KW 3/22/19

[ ] Appointment Schedule for:        /    /          Rescheduled for:        /    /
[ ] No visit necessary
[ ] No Show for Appointment
[ ] Refused to be seen. DOC 2523-Release of Liability signed

PRESCRIPTIONS

[ ] KOP     [ ] NON-KOP
[ ] Order Date:        /    /

PLAN

[ ] Follow-up appointment        /    /          [ ] Return if needed
[ ] No follow-up required

Signature/Title of Provider                                    Date        /    /

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or
SERVICE REPORT**

NAME: _Caballero_   _Emmanuel_   _J_
        Last          First        MI

ID# _1135573_

DOC 2500 (09/11)

SIGNATURE: _Emmanuel Caballero_   ID# _1135573_
(Also print name and ID# at bottom of form where indicated)

Institution: _N.N.C.C._   Date submitted: _4_ / _17_ / _2019_   Unit/House: _10A-40_

Medical: [X],   Dental: [ ]   Mental Health: [ ]   Nursing: [ ]   Other:

Reason for request: (Describe below)

(1st) When I was in Dental last week my blood pressure was 137 over 95 and I don't want to have a stroke. (2nd) Dr. Johns put me in for chronic care and said I would be seen every 6 months. (I haven't been seen) (3rd) I am out of my K.O.P. medication and being refused, when I ask for it. (4th) Dr. Benson prescribed me a long handle toothbrush and "Jenny Vargus" refused to give it to me until I am seen by a regular doctor. (5th) I am in pain have fatigue. (6th) Dr. John ordered a Ultrasound and other test?

DO NOT WRITE IN AREA BELOW

Response to request:

[ ] Appointment Schedule for: ___ / ___ / ___   Rescheduled for: ___ / ___ / ___
[ ] No visit necessary
[ ] No Show for Appointment
[ ] Refused to be seen. DOC 2523-Release of Liability signed

PRESCRIPTIONS

[ ] KOP   [ ] NON-KOP
[ ] Order Date: ___ / ___ / ___

PLAN

[ ] Follow-up appointment ___ / ___ / ___   [ ] Return if needed
[ ] No follow-up required

Signature/Title of Provider   Date

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or**
**SERVICE REPORT**

NAME: _Caballero_   _Emmanuel_   _J_
Last   First   MI

ID# _1135573_   _4-17-19_

DOC 2500 (09/11)

c/c File c

PRINT NAME: _Emmanuel Josiah Caballero_          ID#: 1135573
(Also print name and ID# at bottom of form where indicated)     DOB: 2 / 29 / 1984

Institution: _N.N.C.C._        Date submitted: 6 / 2 / 2020        Signature: _Caballero_

Medical: ☐     Dental: ☒     Mental Health: ☐     Nursing: ☐     Other: _____

RECEIVED JUN 04 2020

Reason for request: (Describe below)

I'm in pain because my upper molars filling has fell out. The molar is directly above tooth #19, that you guys pulled out last time. I was in dental. Please refill a.s.a.p and get me out of this painful eating predicament.

Thank You

## DO NOT WRITE IN AREA BELOW

Response to request:

> You are on the NNCC Dental List. Appointments are scheduled according to the date on the **first** kite received. **No further kites are necessary.** Your patience is greatly appreciated!

6/8/20 To

☐ Appointment Schedule for: ___ / ___ / ___          Rescheduled for: ___ / ___ / ___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen.  DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP          ☐ NON-KOP

☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___          ☐ Return if needed

☐ No follow-up required

_____          _____
Signature/Title of Provider                         Date

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or**        **SERVICE**
**REPORT**

NAME: _Caballero, Emmanuel Josiah_
      Last        First         MI

ID#: 1135573

Unit/Cell#: U-4-31-I      c/c file

DOC 2500 (03/19)

**PRINT NAME:** Emmanuel Josiah Caballero    **ID#:** 1135573

(Also print name and ID# at bottom of form where indicated)    **DOB:** 2 / 29 / 1984

**Institution:** N.N.C.C.    **Date submitted:** 6 / 2 / 2020    **Signature:** Caballero

**Medical:** ☐    **Dental:** ☒    **Mental Health:** ☐    **Nursing:** ☐    **Other:** _____

Reason for request: (Describe below)

I'm in pain because my upper molars filling has fell out.
The molar is directly above tooth #19, that you guys pulled
out last time I was in dental. Please refill a.s.a.p. and
get me out of this painful eating predicament.

Thank You

---

**DO NOT WRITE IN AREA BELOW**

Response to request:

_____

_____

_____

_____

_____

☐  Appointment Schedule for:    ___ / ___ / ___    Rescheduled for:  ___ / ___ / ___

☐  No visit necessary

☐  No Show for Appointment

☐  Refused to be seen.  DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

☐  KOP    ☐  NON-KOP

☐  Order Date:    ___ / ___ / ___

**PLAN**

☐  Follow-up appointment    ___ / ___ / ___    ☐  Return if needed

☐  No follow-up required

_____    _____ / _____ / _____
Signature/Title of Provider    Date

---

NEVADA DEPARTMENT OF CORRECTIONS    NAME: Caballero, Emmanuel   Josiah

**MEDICAL KITE and/or    SERVICE**    Last          First          MI
**REPORT**    ID#: 1135573

Unit/Cell#: U-4-31-I    c/c file