## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| EMMANUEL CABALLERO, | ) | 3:19-CV-0079-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 13, 2020 |
| GENE YUP, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>       LISA MANN       </u>   REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                              </u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for substitution of party (ECF No. 18).  Defendants filed a response (ECF No. 20).  No reply was filed.

Plaintiff's motion for substitution (ECF No. 18) is **GRANTED in part** and **DENIED in part**.  Plaintiff's motion is granted insofar as the Estate of Gene Hing Yup by and through Catherine Yup as personal representative is hereby substituted in for Dr. Gene Yup as a defendant.  Plaintiff's request to substitute Dr. Benson in place of Dr. Yup is **DENIED**.

The Office of the Attorney General shall enter a notice advising the court if it is accepting service on behalf of the Estate of Gene Yup on or before **Friday, July 31, 2020.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:<u>          /s/                         </u>
Deputy Clerk