# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CABALLERO, | Case No.: 3:19-cv-00079-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| ROMEO ARANAS, *et al.*, | |
| Defendants. | |

Since the first of the year, Plaintiff has submitted five (5) discovery motions, i.e., ECF Nos. 105, 109, 110, 116 and 118 at to the Defendant, Melissa Mitchell who appears to be the subject of Plaintiff's discovery motions. The claim against Ms. Mitchell, as stated in the screening order was that "Nurse Melissa knew of Plaintiff's cavities but refused to allow him to be treated or examined by Dr. Patterson." (ECF No. 3 at 6).[1]

---

[1] Plaintiff's motion to amend his complaint (ECF No. 30) was the subject of a Report and Recommendation (ECF No. 74) which concluded that the motion to amend be granted in part (adding certain claims and defendants) and denied in part. The Report and Recommendation, if adopted, would allow the claims against Nurse Mitchell to proceed under the same basic theory of denial of dental care. It does not appear the Report and Recommendation has been addressed by Chief District Judge Du. At present Nurse Mitchell is the only active defendant.

1

All of these motions will be discussed at the court's telephonic motion hearing on February 23, 2021 (ECF No. 119).

This case has generated an inordinate number of filings - more than one hundred subsequent to the filing of defendant's answer on April 30, 2021, including two motions to compel filed in the last two days.  Therefore, to attempt to adopt certain case management,

**IT IS HEREBY ORDERED** that:

(1) As the court will attempt to resolve all pending discovery disputes, to avoid complicating this case further Plaintiff is BARRED from filing any additional discovery motions, without leave of court, before the 2/23/2021 discovery conference.  Plaintiff is advised it is unlikely the court would allow filing of any additional discovery motions.

(2) Prior to February 23, 2021, Defendant's counsel shall meet and confer with Plaintiff to address the discovery Plaintiff is seeking.  Counsel shall file a report on or before close of business on Thursday, February 18, 2021, summarizing the principal subjects of the parties' discovery disputes.  Plaintiff shall have until noon Monday, February 22, 2021, to file any response, if he chooses to do so.

DATED:  January 29, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE