UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EMMANUEL CABALLERO, | ) | 3:19-cv-00079-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 26, 2021 |
| ROMEO ARANAS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Summer Jacobson**, who is no longer an employee of the Nevada Department of Corrections (ECF No. 151).  However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 152).  **If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant Summer Jacobson, he shall follow the instructions contained in this order.**

The Clerk shall issue a summons for **Summer Jacobson** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 152).  The Clerk shall also send one (1) copy of Plaintiff's First Amended Complaint (ECF No. 107), one (1) copy of Chief Judge Du's screening order on Plaintiff's First Amended Complaint (ECF No. 106), and one (1) copy of this order to the U.S. Marshal for service on the Defendant.  The Clerk shall also send to Plaintiff one (1) USM-285 form.  Plaintiff shall have until **Friday, March 19, 2021,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant **Summer Jacobson** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: _____/s/_____
Deputy Clerk