# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>Plaintiff<br><br>v.<br><br>ROMEO ARANAS, et. al.,<br><br>Defendants | Case No.: 3:19-cv-00079-MMD-WGC<br><br>**Order**<br><br>Re: ECF No. 208 |

Plaintiff has filed a notice to the court of suggestion of death concerning Dr. Peterson. (ECF No. 208.)

On July 7, 2021, Defendants filed a suggestion of death for Dr. Peterson. (ECF No. 186.) On July 12, 2021, the court ordered the Attorney General's Office to undertake an investigation regarding the status of the decedent's estate to attempt to obtain information about the representative of the estate or appropriate successor since the pro se Plaintiff would likely not have the ability to conduct such an investigation. (ECF No. 189.) On August 5, 2021, the Attorney General's Office filed a notice indicating that efforts were undertaken to ascertain information concerning Dr. Peterson's estate/successor, but that investigation was unsuccessful. (ECF Nos. 205, 205-1, 205-2.)

On August 11, 2021, Plaintiff filed a motion for the court to order compliance with its order at ECF No. 189. (ECF No. 206.) The court denied that order, finding Defendants satisfactorily complied with the order to attempt to ascertain whether an estate had been established, and denied Plaintiff's motion. (ECF No. 207.)

1  Plaintiff then filed this notice which, among other things, asks the court to compel the
2  Deputy Attorney General to comply with ECF No. 189. (ECF No. 208.)

3  The court has already determined that the Attorney General's Office has satisfactorily
4  complied with its order at ECF No. 189 in its order at ECF No. 207. Plaintiff has an objection to
5  that order pending before Chief District Judge Du. (ECF No. 210.) The court still finds that the
6  Attorney General's Office has complied with the order; therefore, Plaintiff's current motion at
7  ECF No. 208 is **DENIED**. Plaintiff shall await resolution of his objection to that objection by
8  Chief District Judge Du. Further filings seeking to compel compliance with ECF No. 189 may be
9  stricken by the court.

**IT IS SO ORDERED**.

Dated: August 16, 2021

                                          _William G. Cobb_
                                          William G. Cobb
                                          United States Magistrate Judge