# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EMMANUEL CABALLERO,

    Plaintiff

v.

ROMEO ARANAS, et. al.,

    Defendants

Case No.: 3:19-cv-00079-MMD-WGC

**Order**

Re: ECF No. 214

    Before the court is Plaintiff's motion seeking to un-redact portions of his dental records previously filed with the court that he needs to prepare his response to Defendants' motion for summary judgment. (ECF No. 214.)

    Plaintiff asks that the doctor's name be unredacted from ECF Nos. 140-14 at 18, 19, and 20, and that the notes regarding Caballero's treatment be unredacted from ECF No. 140-14 at 31. ECF Nos. 140 at 18, 19 and 20 are dental records from NDOC. They appear to contain the name and birthdate and inmate identification, visit and information about the type of treatment as well as the caregiver's initials. The documents are redacted because they contain that same information about other inmates, which is not relevant to Plaintiff's case and shall remain redacted. Plaintiff claims, however, that the bottom line of the information column on the form contains the doctor's name, and he wishes to have this information un-redacted. He provides an example of the same form where the doctor's name is unredacted. (ECF No. 140-14 at 17.)

    Plaintiff also asks that the notes section for document ECF No. 140-14 at 31 to be unredacted to reveal the notes regarding Plaintiff. ECF No. 140-14 at 31 does have the notes

unredacted. It is ECF No. 140-14 at 41 that has the notes for Plaintiff unredacted. ECF No. 140-14 at 41 corresponds with the document he has submitted with this motion.

Plaintiff's motion (ECF No. 214) is **GRANTED**. Defendants shall provide Plaintiff with copies of ECF Nos. 140-14 at 18, 19, and 20, that un-redact the very bottom line of the information column to reveal the doctor's name (but the information related to other inmates shall remain redacted). In addition, Defendants shall provide Plaintiff with a copy of ECF No. 140-14 at 41 that un-redacts the notes regarding Plaintiff (but the information related to other inmates shall remain redacted). Defendants shall provide these documents to Plaintiff by the end of the day on **Friday, September 3, 2021**.

Plaintiff's response to Defendants' motion for summary judgment was previously due on Friday September 3, 2021, and Defendant's reply was due on Friday September 17, 2021. Plaintiff shall have an extension up to and including **September 17, 2021**, to file his response to Defendants' motion. Defendants' reply is due on or before **October 1, 2021**.

**IT IS SO ORDERED**.

Dated: September 1, 2021.

_____
William G. Cobb
United States Magistrate Judge