AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: kdorame@ag.nv.gov

*Attorneys for Defendant
Jennifer Vargas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>    Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00079-MMD-CSD§<br><br>**STIPULATION TO EXTEND THE JOINT PRETRIAL ORDER DEADLINE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Emmanuel Caballero, *pro se*, and Defendant, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, that the parties agree to extend the Joint Pretrial Order deadline by ninety (90) days from May 18, 2022 until August 16, 2022. The parties request this extension based on Mr. Caballero's oral request during the Video Settlement Conference held on April 18, 2022. In addition, this time will allow the parties to come to a better agreement on what the Joint Pretrial Order should include. Moreover, Defense counsel set an in person meet and confer with Mr. Caballero for May 12, 2022 to discuss what contents should be placed in the Joint Pretrial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Thus, the parties respectfully request a ninety (90) day extension to be able to perfect their Joint Pretrial Order.

DATED this 12 day of April, 2022.

By: _____
EMMANUEL CABALLERO (#1135573)
*Plaintiff, Pro Se*

DATED this 12 day of April, 2022.

AARON D. FORD
Attorney General

By: _____
KAYLA D. DORAME
Deputy Attorney General
Public Safety Division

*Attorney for Defendant*

It is so ordered.

Dated: May 13, 2022

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of May, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION TO EXTEND THE JOINT PRETRIAL ORDER DEADLINE**, by U.S. District Court CM/ECF Electronic Filing on:

Emmanuel Caballero #1135573
c/o Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrarian@doc.nv.gov

_____
An employee of the
Office of the Attorney General