UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-00079-MMD-CSD<br><br>ORDER |

　　　This case was referred to the *Pro Bono* Program ("Program") adopted in the Second Amended General Order 2019-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Attorney Jon T. Pearson is hereby appointed as counsel for Plaintiff Emmanuel Caballero. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

　　　It is therefore ordered that Jon T. Pearson is hereby appointed as *pro bono* counsel for Plaintiff Emmanuel Caballero under the United States District Court for the District of Nevada's *Pro Bono* Program.

　　　It is further ordered that Jon T. Pearson, as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

　　　It is further ordered that the Clerk of Court assign a "PROBONO" case flag and add Jon T. Pearson to the docket as counsel of record for Plaintiff.

　　　It is further ordered that Jon T. Pearson will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

It is further ordered that within 14 days after completion of legal services, Jon T. Pearson must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED THIS 21st Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE