AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227 / (775) 684-1150
E-mail: acnelson@ag.nv.gov / drands@ag.nv.gov

*Attorneys for Defendant*
*Jennifer Vargas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CABALLERO,<br><br>        Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>        Defendants. | Case No. 3:19-cv-00079-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff, Emmanuel Caballero, by and through counsel, Jon T. Pearson, and Defendant Jennifer Vargas, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrew C. Nelson,

///
///
///
///
///
///
///
///
///

Page **1**

1  Senior Deputy Attorney General, that the above-captioned action should be dismissed with
2  prejudice, by order of this Court, with each party to bear his own costs.
3  DATED this 8th day of February, 2024.  DATED this 8th day of February, 2024

AARON D. FORD
Attorney General

/s/ *Jon T. Pearson*  /s/ *Andrew C. Nelson*
Jon T. Pearson  ANDREW C. NELSON Bar No. 15971
HOLLAND & HART LLP  DOUGLAS R. RANDS Bar No. 3572
9555 Hillwood Drive, 2nd Floor  100 N. Carson Street
Las Vegas, Nevada 89134  Carson City, Nevada 89701

*Pro Bono Counsel for Plaintiff*  *Attorneys for Defendant Jenny Vargas*
*Emmanuel Caballero*

\* \* \*

**IT IS SO ORDERED.**

_____
**UNITED STATES JUDGE**

**DATED:**  February 9, , 2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 8, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Jon T. Pearson
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General